# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**J.G.**, the father,
Appellant,

v.

## DEPARTMENT OF CHILDREN AND FAMILIES
### and **GUARDIAN AD LITEM,**
Appellees.

No. 4D20-46

[June 4, 2020]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Stacey Schulman, Judge; L.T. Case No. 18-001663 CJ DP.

Kevin G. Thomas, Sunny Isles Beach, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Carolyn Schwarz, Assistant Attorney General, Fort Lauderdale, for appellee Department of Children and Families.

Thomasina F. Moore, Statewide Director of Appeals, and Samantha Costas Valley, Senior Attorney, Florida Statewide Guardian ad Litem Office, Tallahassee, for appellee Guardian ad Litem on behalf of J.G., J.G., J.G., J.G Jr.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., DAMOORGIAN and FORST, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***